Opinion issued August 31, 2009

 













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00193-CR

____________


GERALD ALLAN HAYES, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 351st District Court 

Harris County, Texas

Trial Court Cause No. 1198372






MEMORANDUM OPINION

 On July 22, 2009, appellant filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate within 15 days. Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Alcala, Bland and Massengale.

Do not publish. Tex. R. App. P. 47.2(b).